# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CRIMINAL NO.  JFM-04-04 |
| | * | |
| DANTE FAULKNER | * | |
| | ****** | |

## MEMORANDUM

Dante Faulkner has filed a motion to modify sentence pursuant to 18 U.S.C. §3582, alleging that his sentence should be reduced because of a reduction in the Sentencing Guidelines for crack cocaine.

Faulkner's argument falls because he was sentenced under "murder cross-reference" of the Sentencing Guidelines not because of the amount of crack cocaine involved the conspiracy to which he pled guilty.

A separate order denying Faulkner's motion is being entered herewith.


Date:   July 25, 2014           ___/s/_____
                                        J. Frederick Motz
                                        United States District Judge