IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LODGED ___ RECEIVED
MAY 18 2015
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-04-004 |
| v. | * | Civil No. – JFM-14-1278 |
| | * | |
| DANTE FAULKNER | * | |

\*\*\*\*\*\*

## MEMORANDUM

Dante Faulkner has filed this motion under 28 U.S.C. §2255. The motion will be denied.

Faulkner entered into a "C" plea under which he agreed that a sentence of 420-480 months was appropriate. This court sentenced him to a period of incarceration of 436 months (316 months on Count One and 120 months consecutive as to Count Twenty).

The judgment and commitment order was entered on April 7, 2005. Faulkner did not file an appeal. Thus, as an initial matter, the present petition is clearly barred by the one year limitation period established by 28 U.S.C. §2255. Faulkner seeks to avoid this limitations period by arguing that the Supreme Court's ruling in *Peugh v. United States*, 133 S. Ct. 2072 (2013) applies to his case. It does not. There is no change in the applicable Sentencing Guidelines for Count One between the time of Faulkner's offense conduct and the time his rearraignment and sentencing. Therefore, no *ex post facto* is presented.

Likewise, no violation of the doctrine established by *Apprendi v. New Jersey*, 530 U.S. 466 (2000) or *Alleyne v. United States*, 133 S. Ct. 2151 (2013) occurred. The quantities of drugs attributable to Faulkner were set forth in Count One. Moreover, under Fourth Circuit law

*Apprendi* and *Alleyne*, have no retroactive application. *See United States v. Sanders*, 247 F.3d 139, 146 (4th Cir. 2001); *United States v. Stewart*, 540 Fed.Appx. 171, n.1 (4th Cir. 2013).

A separate order denying Faulkner's motion is being entered herewith.

Date: May 18, 2015

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAY 18  AM 11: 52
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

2